STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOHIT GOURISARIA (CABN 320754)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7063
    FAX: (415) 436-7234
    mohit.gourisaria@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-20-481 EMC |
| Plaintiff, | [PROPOSED] ORDER TO EXCLUDE TIME FROM JUNE 9, 2021 TO JULY 14, 2021 |
| v. | |
| JOSEPH ALBERT COREY, | |
| Defendant. | |

    Based upon the representations of the parties during the status conference on June 9, 2021 and for good cause shown, the Court finds that failing to exclude the time from June 9, 2021 through July 14, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

[PROPOSED] ORDER
Case No. 20-481 EMC

1  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from
2  June 9, 2021 through July 14, 2021 shall be excluded from computation under the Speedy Trial Act. 18
3  U.S.C. § 3161(h)(7)(A), (B)(iv).
4      IT IS SO ORDERED.

6  DATED: June 11, 2021

                      HON. EDWARD M. CHEN
                      United States District Judge

[~~PROPOSED~~] ORDER
Case No. 20-481 EMC