CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431
chris@sugarmanandcannon.com

Attorneys for Defendant  JOSEPH ALBERT COREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOSEPH ALBERT COREY,<br><br>    Defendant. | Case Nos. 19-CR-530, 20-CR-481<br><br>**UNOPPOSED REQUEST AND [PROPOSED]<br>ORDER TO CONTINUE SENTENCING** |

Because counsel has had problems communicating with his client in Santa Rita and that communication is important for the sentencing process, and because a potential witness will not be available on the date currently set, we would request the sentencing hearing currently set for February 24, 2022 be continued to March 17, 2022.  That date has been cleared with the government and probation and neither party opposes this request.

DATED: February 8, 2022

                                    /s/
                                    Christopher J. Cannon
                                    Attorney for JOSEPH ALBERT COREY

**SO ORDERED**:

 Date:  February 9, 2022

                                    Honorable Edward M. Chen
                                    United States District Court Judge

UNOPPOSED REQUEST AND [PROPOSED] ORDER TO CONTINUE SENTENCING
Case Nos. 19-CR-530, 20-CR-481                                                                         1